**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6667**

---

DEBORAH VIDETTO GUY, a/k/a Deborah Videtto Guy Hubbard Sarvis, a/k/a
Deborah Videtto Hubbard, a/k/a Deborah Hubbard-Sarvis,

        Petitioner - Appellant,

    v.

WARDEN OF CAMILLE GRAHAM CORRECTIONAL CENTER,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at
Anderson.  Sherri A. Lydon, District Judge.  (8:25-cv-00245-SAL)

---

Submitted:  November 25, 2025                     Decided:  December 2, 2025

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Deborah Videtto Guy, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah Videtto Guy seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing Guy's 28 U.S.C. § 2254 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Guy has not made the requisite showing. Accordingly, we deny Guy's motion for a certificate of appealability, and we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2